In the Matter of PHILADELPHIA CONSISTORY SUBLIME PRINCES ROYAL SECRET THIRTY-SECOND DEGREE ANCIENT ACCEPTED SCOTTISH RITE, Bankrupt; SUPREME COUNCIL OF GRAND INSPECTORS GENERAL OF THE THIRTY-THIRD AND LAST DEGREE OF THE ANCIENT ACCEPTED SCOTTISH RITE OF FREEMASONRY, etc., Appellants in No. 8192; Edward W. P. HARRIS, George N. Hardenstine, Francis L. Borie, and William C. Burk, Life Members, Appellants in No. 8193.

Nos. 8192, 8193.

Circuit Court of Appeals, Third Circuit.

Argued April 19, 1943.

Decided April 21, 1943.

See, also, 40 F.Supp. 645.

A. Evans Kephart, of Philadelphia, Pa. (Albert T. Hanby and John W. Kephart, both of Philadelphia, Pa., on the brief), for appellants.

Thomas P. Mikell, of Philadelphia, Pa., for appellee.

Before MARIS and GOODRICH, Circuit Judges, and GANEY, District Judge.

PER CURIAM.

The orders of the district court affirming the orders of the referee in bankruptcy dismissing the petition of the Supreme Council of Grand Inspectors General of the Thirty-Third and Last Degree of the Ancient Accepted Scottish Rite of Freemasonry for the Northern Masonic Jurisdiction of the United States of America for the delivery to it of the Life Membership Fund in the possession of the Trustee in Bankruptcy and dismissing the petition of Edward W. P. Harris, George N. Hardenstine, Francis L. Borie and William C. Burk, for the payment to each of them of the sum of $150 out of the said Life Membership Fund are affirmed for the reasons satisfactorily and sufficiently set forth in the opinion of Judge Kirkpatrick, D.C., 49 F.Supp. 98.

UNITED STATES of America v. Raffael GRECO, Appellant.

No. 8218.

Circuit Court of Appeals, Third Circuit.

Argued March 16, 1943.

Decided April 23, 1943.

Anthony A. Calandra, of Newark, N. J., for appellant.

Arthur A. Maguire, of Scranton, Pa. (Frederick V. Follmer, U. S. Atty., of Scranton, Pa., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

Our examination of the assignments of error filed by the appellant satisfies us that they are wholly without merit. Accordingly, the judgment of conviction is affirmed.

UNITED STATES of America v. William VASILICK, Appellant.

No. 8327.

Circuit Court of Appeals, Third Circuit.

Argued April 19, 1943.

Decided April 23, 1943.

Joseph J. Walsh, of Scranton, Pa., for appellant.

Arthur A. Maguire, Asst. U. S. Atty., of Scranton, Pa. (Frederick V. Follmer, U. S. Atty., of Scranton, Pa., on the brief), for appellee.

Before MARIS and GOODRICH, Circuit Judges, and GANEY, District Judge.

PER CURIAM.

Our examination of the assignments of error filed by the appellant satisfies us that they are wholly without merit. Accordingly, the judgment of conviction is affirmed.